UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-74 (PJS/LIB)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **MOTIONS HEARING** |
| Eric Lee Budreau, | ) | |
| | ) | |
| Defendant. | ) | |

On July 31, 2023, the Government filed a Motion for Continuance of Motions Hearing [Docket No. 29]. The parties seek an extension of time until after August 18, 2023, to hold the motions hearing while the parties work to resolve the case, and while counsel for the Government is out for military training. Defense counsel has no objections to this motion. Pretrial motions have been filed in this matter, and thus the time is already being, and shall continue to be, excluded pursuant to the Speedy Trial Act. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Continuance of Motions Hearing [Docket No. 29] is **GRANTED**; and

2. The motions hearing is **RESCHEDULED** for August 22, 2023, at 1:30 p.m. in Courtroom 3, Gerald W. Heaney Federal Building, 515 West 1st Street, Duluth, Minnesota.

DATED: August 1, 2023            s/Leo I. Brisbois
                                 Hon. Leo I. Brisbois
                                 U.S. MAGISTRATE JUDGE